UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MILLIE JOHNSON,**
        Plaintiff,

                                    Civil No.**08-11587**
                                    Hon. John Feikens

        v.

**WELLS FARGO BANK, et al**

        Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **04-29-2009**, and noted that no objections were filed by either party,

      **IT IS ORDERED** that Defendants' Motion to Dismiss the complaint seeking to set aside a home foreclosure is **GRANTED,** pursuant to the Rooker-Feldman doctrine and res judicata.

      **IT IS ORDERED** that the Report is adopted and entered as the findings and conclusions of this court.

                                            **s/John Feikens**
                                            John Feikens
                                            United States District Judge

Dated:  May 19, 2009

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 19, 2009.<br><br>s/Carol Cohron<br>Deputy Clerk |